IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-0870-MSK-NYW

DOMINGO RUIZ and
MICHAEL BRYANT,

      Plaintiffs,

v.

ACT FAST DELIVERY OF COLORADO, INC. and
POWERFORCE OF COLORADO, INC.,

      Defendants.

_____

## MINUTE ORDER
_____

Entered By Magistrate Judge Nina Y. Wang

      This matter is before the Court on a Motion to Withdraw as Attorney ("the Motion") [#99].

      IT IS ORDERED that the Motion is GRANTED.  Stacy D. Mueller is granted leave to withdraw from the representation of Defendants and is to be removed from the electronic service.


DATED:  July 23, 2015