IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-0870-MSK-NYW

DOMINGO RUIZ and
MICHAEL BRYANT,

      Plaintiffs,

v.

ACT FAST DELIVERY OF COLORADO, INC. and
POWERFORCE OF COLORADO, INC.,

      Defendants.

_____

**ORDER SETTING RULE 16(b) SCHEDULING CONFERENCE**
_____

      IT IS ORDERED that a supplemental Scheduling Conference is set for **January 14, 2016 at 11:00 a.m.**, in Courtroom C-204, 2d Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Please remember that anyone seeking entry into the Byron G. Rogers United States Courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).

      A copy of the instructions for the preparation of a scheduling order and a form of scheduling order can be downloaded from the court's website at www.cod.uscourts.gov. The parties or their counsel shall submit their proposed scheduling order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.0, including a copy of the proposed scheduling order in a Word format sent via email to Wang_Chambers@cod.uscourts.gov, on or before **seven days prior** to the Scheduling Conference.

DATED:  December 30, 2015                BY THE COURT:

                                            s/Nina Y. Wang_____
                                            United States Magistrate Judge