IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE NINA Y. WANG**

| | | | |
|---|---|---|---|
| Civil Action: | 14-cv-00870-MSK-NYW | Date: | April 20, 2016 |
| Courtroom Deputy: | Brandy Simmons | FTR: | NYW COURTROOM C-204* |

| *Parties* | *Counsel* |
|---|---|
| DOMINGO RUIZ, <br> MICHAEL BRYANT, <br><br> **Plaintiffs,** <br> **Counter-Defendants,** <br><br> v. <br><br> ACT FAST DELIVERY OF COLORADO, INC., <br> POWERFORCE OF COLORADO, INC., <br><br> **Defendants,** <br> **Counter Claimants.** | *John A. Neuman* <br><br><br><br><br><br><br><br> *Michelle Brand Muhleisen* |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC STATUS CONFERENCE**

Court in Session:  11:04 a.m.

Appearance of counsel.

Discussion held regarding John A. Neuman

Discussion held regarding Joint Motion to Amend Supplemental Scheduling Order [120] filed April 11, 2016.   The Parties confirm that a mediation has been scheduled for May 20, 2016, which would resolve the entirety of the action if successful.

**ORDERED: Joint Motion to Amend Supplemental Scheduling Order [120] is GRANTED IN PART and DENIED IN PART. No further extensions will be allowed absent extraordinary circumstances. The Scheduling Order [119] is modified as follows:**

Experts disclosures due: June 6, 2016;
Rebuttal expert disclosures due: July 5, 2016;
Deadline to file a motion for class certification: June 16, 2016;
Discovery cut-off: August 4, 2016;
Deadline to file a motion for decertification: August 4, 2016;
Dispositive motion deadline: August 25, 2016.

Court in Recess: 11:14 a.m.          Hearing concluded.          Total time in Court: 00:10

\* To obtain a transcript of this proceeding, please contact Stevens-Koenig Reporting at (303) 988-8470.